**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | No. C-08-1429 EMC |
| Petitioners, | |
| v. | **ORDER TO SHOW CAUSE** |
| JACKSON YUEN, | |
| Respondent. _____/ | |

Petitioners have filed a verified petition, asking the Court to enforce the IRS summons served on Respondent Jackson Yuen. Having reviewed the petition, this Court hereby orders Mr. Yuen to show cause why the IRS summons should not be enforced.

Petitioners shall serve a copy of this order to show cause, along with the verified petition, on Mr. Yuen no later than April 1, 2008. Service shall comply with Federal Rule of Civil Procedure 4. Mr. Yuen shall have until May 1, 2008, to file a response to this order to show cause.

///
///
///
///
///
///
///

1  The parties shall appear before the Court for a hearing on this matter on May 14 2008, at
2  2:30 p.m., Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,
3  California 94102.

5  IT IS SO ORDERED.

7  Dated: March 21, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge