**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | No. C-08-1429 EMC |
| Petitioners, | |
| v. | **CLERK'S NOTICE** |
| JACKSON YUEN, | |
| Respondent. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set for June 18, 2008 at 1:30 p.m. is reset for **June 25, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A Joint Case Management Statement shall be filed by June 18, 2008.

Dated:  April 8, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy