**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** May 14, 2008

**Case No:** C08-1429 EMC  **FTR Time:** 2:33-2:35 p.m.

**Case Name:** USA v. Jackson Yuen  **Court Reporter**: Joan Columbini

**Attorneys:** David Danier for Plaintiff
Defendant did not appear

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONSES

**ORDERED AFTER HEARING:**

Plaintiff to file certificate of service and to submit proposed order to court.

**Order to be prepared by:** [ ] Plntf  [ ] Deft  [] Court

**Case continued to:**

cc: EMC