| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>DAVID L. DENIER (CSBN 95024) |
| 4 | Assistant United States Attorney<br>   9th Floor Federal Building |
| 5 |    450 Golden Gate Avenue, Box 36055<br>   San Francisco, California 94102 |
| 6 |    Telephone:  (415) 436-6888<br>   Fax:         (415) 436-6748 |

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>ERIC PETERSEN, Revenue Officer, | ) ) ) | NO. C-08-1429-EMC |
| Petitioners, | ) ) | **DECLARATION OF** |
| v. | ) ) | **CRAIG HARBIDGE**<br>**RE PROOF OF SERVICE** |
| JACKSON YUEN, | ) ) | |
| Respondent. | ) ) ) | |

I, Craig Harbidge, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.   I am a Revenue Officer for the Internal Revenue Service of the United States Department of Treasury with post of duty in San Jose, California.

2.   On April 4, 2008, at 4:20 p.m., I served a copies of the Verified Petition to Enforce Internal Revenue Service Summonses and the Order To Show Cause, together with other documents from the Court, on Jackson Yuen by leaving them with his wife at 20590 Murano Circle, Cupertino, CA 95014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___16th___ day of __May__, 2008, at ___San Jose___, California.

/s/ Craig Harbidge
CRAIG HARBIDGE