```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER  (CSBN 95024)
Assistant United States Attorney
    9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:  (415) 436-6888
    Fax:        (415) 436-6748
```

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and ERIC PETERSEN, Revenue Officer,**<br><br>    **Petitioners,**<br><br>    v.<br><br>**JACKSON YUEN,**<br><br>    **Respondent.** | NO.  C-08-01429-EMC<br><br>**APPLICATION AND**<br>**ORDER OF DISMISSAL** |

    Petitioners United States of America and Eric Petersen hereby advise the Court that respondent Jackson Yuen has complied with Court's Order Enforcing Summonses and request that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

                                            JOSEPH P. RUSSONIELLO<br>                                            United States Attorney

Dated: June 11, 2008                        /s/ David L. Denier<br>                                            DAVID L. DENIER<br>                                            Assistant United States Attorney<br>                                            Tax Division

**O R D E R**

_____Upon the request of the petitioners and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

ORDERED this _____ day of _____, 2008, at San Francisco, California.

_____
UNITED STATES MAGISTRATE JUDGE

Application & Order of Dismissal
(No. C-08-01429-EMC)                    2