```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    DAVID L. DENIER (CSBN 95024)
 4  Assistant United States Attorney
      9th Floor Federal Building
 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-6888
      Fax:       (415) 436-6748
 7
    Attorneys for the United States of America
 8
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and ERIC PETERSEN, Revenue Officer,** | NO. C-08-01429-EMC |
| Petitioners, | |
| v. | **APPLICATION AND ORDER OF DISMISSAL** |
| **JACKSON YUEN,** | |
| Respondent. | |

Petitioners United States of America and Eric Petersen hereby advise the Court that respondent Jackson Yuen has complied with Court's Order Enforcing Summonses and request that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 11, 2008         /s/ David L. Denier
                             DAVID L. DENIER
                             Assistant United States Attorney
                             Tax Division

**O R D E R**

1. _____ Upon the request of the petitioners and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

ORDERED this ___18th___ day of ___June___, 2008, at San Francisco, California.

_____
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*